**In re Kevin F. HUNT**

**No. 00–1470.**

United States Court of Appeals,
Federal Circuit.

DECIDED: May 10, 2001.

**GPA–I, LP, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 00–5115.**

United States Court of Appeals,
Federal Circuit.

DECIDED: May 9, 2001.

Before LOURIE and GAJARSA, Circuit Judges, PLAGER, Senior Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Before MICHEL, SCHALL and DYK, Circuit Judges.

Judgment